UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Sabrina Aylen CARMONA SANCHEZ,

    *Petitioner*,

    v.

RAFAEL VERGARA, Warden of Adams County Correctional Center, *et al.*

    *Respondents*.

Civil Action No.: 5:26-cv-46-DCB-BWR

## **ORDER**

On February 18, 2026 this Court held a telephone status conference with counsel for the Petitioner as well as counsel for Respondents, AUSA Keesha Middleton, regarding Petitioner's Motion for a Temporary Restraining Order, ECF Nos. 6 and 7. During that call, counsel for the Petitioner orally requested the opportunity to provide supplemental briefing to the Court on the impact of the Fifth Circuit's recent ruling in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026). The Court verbally granted this request and gave the Petitioner 10 days, until February 28, 2026, to file supplemental briefing. The Court ordered Respondents to respond within ten days of the date of the Petitioner's filing.

It is HEREBY ORDERED that Petitioner shall file supplemental briefing to the Court by February 28, 2026 and the Respondents will have 10 days from the date of filing to respond.

SO ORDERED, this 26th day of February, 2026.

                                                  /s/ David C. Bramlette
                                                  U.S. District Court Judge